NOTICE'S TO. FEDERAL COURT'S; ET. AL
:MIDDLE DISTRICT'S; SUBJECTED TO. S.CT,
WASHINGTON, DC. UNDER §500;
IN-JOINT, APPENDIX'S, :case's;NO.

OCT 13 2026 PM 2:37
FILED - USDC - FLMD - JAX

INRE. I.U.C.C.I: TONY LAMAUR HILL, CORP/CORPUS §2254/§2255;
(petitioner/Appellant PRO SE NATIVE SOVEREIGN INDEPENDENT BAR), e.g.

VS. 3:26-cv-2797-WWB-SJH

UNITED STATES OF AMERICA'S CORP, ET. AL
CHIEF, DONALD TRUMP; U.S. CONGRESS, U.S. TREASURY,
:DEPARTMENT'S, I.R.S, SSA, under §500 conflict
of Interest, under (person's of Interest, Defendant's), et.al

INRE./IN CONCERN I, MOTION'S/WRIT'S, AUDIT
TO. MOVE DEFENDANT'S BY, ENFORCING LIEN'S;
14 BILLION DOLLAR'S ON :UNITED STATE'S; OF
AMERICA'S, CORP/CORPUSES, UNDER FRAUD; HOLDING
NATIVE/NATIVE'S; UNDER ILLEGAL BOND'S/TAXATION'S,
ALSO; :PAYMENT'S OWED UNDER BREACHE'S, cited I.-XII, e.g.
;under Motion's/Writ's; e.g. Under: U.S. Congress; Act's, e.g.

I.U.C.C.I, MOVES AS; MOVANT PARTY, COMPELING
By; Sanction/order To. :Defendant's, et. al,
:RECONSIDER FRAUD/BREACHES; UNDER TREATIE'S;
OF. YEAR'S; 1663-1865, under Seconded; Enforced
: WIT, OF. Abraham Lincoln; "(PRESIDENT'S, EMANCIPATION);
e.g. "ACT'S; of: Free Right's, of NATIVE'S/SLAVE'S,
Held under Illegal; BOND'S/RESTRAINT'S; under States
Illegal mean's; "considered, e.g. :PROPERTY; OF
INTEREST," e.g. :Financil Wealth; /money, e.g. :BONDS;.
"I; with POWER And PRINCIPAL, "A; NATIVE
SOVEREIGN, INDEPENDENT, Compel/move
This; AMERICAN, :charter, :Founded By,
:The Royal Crown; e.g. Queen of England
To. move under my Lady, of Liberty;
Sated upon; :NEW YORK, City AS, A memoral
of Who Started America;. under. MARITIME

I., cited

e.g. II.: Maritime Law's; Sat For: Sovereign's moving AS; mouant's, IN BAR/BODY, AS A Ship on Business §90/§93; Before The Court's, e.g. : IN COURTSHIP, AS Legal Federalized, BARGES under BAR; moving person's In Court, By compeling Legal Arugment's; : PRO HAC VAC, UNDER SOVEREIGN'S LAW'S, confirmed By, : BARRISTER'S, e.g. Lawyer's Who Backed The Queen of England's charter, with : Interest, Sanctioned That, cited: Aborigion's/Native's will be, WIT. Queen of England, AS SOVEREIGN'S I. CHEROKEE INDIAN'S, under first Treat with: QUEEN OF ENGLAND, e.g. Who fought war with Queen; under Royal Crown, with other Seven Band's of Indian's under Treaties/Bloodline; cited under DAWES COMMISSION, e.g. II. Indian Congress, citing I. U.S. Congress, Act'S, : Article's, I. NATIVE'S SOVEREIGNTY, Right's §16, under II, cited. IRREFUTABLE, e.g. Evidence under Fed. Rule's, of Evidence under §2255, combined with Evidence under §777.011 on, face of petition's of Appellant Native pro se SOVEREIGN, RULE, I: XX, "I, Compel Forth Rightly by, WRIT'S, SET FORTH-

Respectfully Submitted

Duly By, CHIEF OF, : HILL, CORP/CORPUS; FIRM. FOUNDER : SEER PRO SE /s/ Tony J Hill, Federal Court's, cited MOTION'S DEJURE, WRIT'S TRANSFER INVENUE'S To. INTEREST, I. POWER/PRINCIPAL CHIEFTIAN: HILL CORP, under Case's, M.D. #3:24-CV-01069-WWB-PDB; e.g. II OATH/AFFIRMATION'S, INRETROSPECT By, I.U.C.C.I : NATIVE SOVEREIGN PRO SE OF INDEPENDENT BAR, e.g. BODY, Bloodline of Native: DNA, Taken By: FDOC, on 5/6/2005 Cited: Shared With, e.g.: FDLE, citing: FBI, on II. CODIC, e.g. I.: NCIC, Shared with: Federal Court's, §1. Judge's/S.CT; §1.; Irrefutable Evidence; Duly Submitted PRO SE /s/ Tony J Hill, #317662; In Appendix'S, II: IN RE; Retrospect, e.g. I. et al,

IN RETROSPECT/REVIEW, CASE'S OF INTEREST, e.g.

I.U.C.C.I: TONY LAMAUR HILL, CORP/CORPUS §2254/§2255, ON; NATIVE BLOOD OF TRIBAL HEIR, IN FEDERAL POSSESSION UNDER: FBI; "(CODIC); e.g. Computer Irrefutable By; II. e.g.: NCIC; citing: I.U.C.C.I. universal System citing. A-I.; e.g. ACCESS AVAILABLE To. §1. Judge's IN STATE, AND FEDERAL COURT'S; : middle District, Also Subjugate; e.g. S.CT; I. e.g. [29.4]; ET. AL; IN FEDERAL BREACHES; under 18 U.S.C.A., §242/§241, e.g. :DNA; Take By, FDOC; on: 5/6/2005; Iniating, MOTION/ MOTION'S; UNDER WRIT OF PROHIBITION'S THAT NO STATE; CAN HOLD/SEIZE ANY NATIVE, §2254 SOVEREIGN'S, BAR/BODY; UNDER ILLEGAL SEIZURE'S UNDER U.S.C; 1st-14th AMENDMENT'S; UNDER U.S. CONGRESS ACT'S, ARTICLE'S, I-XX; e.g. §1.-§16; Natives under Bloodline's of Seven Bands/Tribe's, under Treaties of year's, 1663-1865; "(IRREFUTABLE), under DNA, Taken By,; FDOC/FDLE; e.g. II: FBI,

I.U.C.C.I: TONY LAMAUR HILL, CORP/CORPUS, §2254

NATIVE SOVEREIGN OF INDEPENDANT BAR/BODY; e.g. "I, move COURT LOOSEN my, BOND'S/HOLD'S ON PROPERTY, OF my BAR/BODY; seeing IN. "A, Sovereign State, Federal No Holds, Are Legal under Free-Born Right's of Native's under Law's, of Nature, "I, Inherit my Father's Bloodline Right's of Cherokee 3/4 under: DAWES COMMISSION/ INDIAN CONGRESS, II. "I Am; protected And my property cited IN MOTHER'S; Estate's Free From Taxation's; : OWED To. mE; e.g. "I, Seize All Taxe's paid Back, To. RECAP, Wealth/value To. I.U.C.C.I: HILL, CORP/CORPUS; under ASSESSING VALUE; : Taxe's owed Back, e.g. :From All Estate's Since my Birth 3/17/1971 Searching: My Father Native James Hill Jr; e.g. marriage To. Cynthia G. Smalls; cited: Addresse's; Appendix's III, Review

5

- under cited: Interest, cited: PROBATE, Case #2020-CF-000397, e.g.
: PRO HAC VAC, ARGUMENT'S TAXES/DEEDS, e.g.
Record'S, Tracable Impeachable, under
27 CFR 72.11 Freedom of Information
Act'S; under Administration'S; §1. GOV.
STATE OF FLORIDA, ET. AL JIMMY PATRON;
OFFICE; under Claim's Filed By, I.U.C.C.I.
Since 2021, cited year; Re; Addressed e.g.
IN RE; CAVEAT, II. §1. GOV., ET. AL JIMMY
PATRON; OFFICE. Tallahassee, Florida.
"(IRREFUTABLE), e.g. §1. Judge. over claim'S;
: IN ESTATE'S, : IN CAVEAT'S, Filed Since, e.g. II
2015; year'S. of : Deceased Relative'S, et. al,
I. ESTATE SMALLS, e.g. : DECEASED, : VIOLA G. SMALLS,
Last Known Address: 1366 W. 25th St. Jax, FL 32208
cited: Three Lot'S, Ajoined: Deceased: CYNTHIA
G. SMALLS; Late Estate's under married "(MAJESTY),
e.g. Search NCIC, For Illegal Tittle on marriage: LIC;
under probable cause to Void; LORD NOBLE MAJESTY;
A.K.A, e.g. : Lofton Bratcher; II. F.K.A. / fraud.
citing: Impeachable, fund's / Impeachable person'S;
under MOTION'S / WRIT'S, TRUE BILL OF DISCOVERY,
under Fed. Rule's #26; under II. §2255, on : BAR/BODY
§2254, Combined In Joint Appendix'S, To: CORRECT
AND ASSESS VALUE; OF I.U.C.C.I. HILL, CORP/CORPUS
NATIVE SOVEREIGN FIRM. I. : IN SOVEREIGN STATE,
: FEDERAL, Impeaching / Removing: BOND'S / RESTRICTION'S
ET. AL, Taxes / Taxation'S, : Re deemable By, MOTION'S
SET; : By, I.U.C.C.I: TONY LAMAUR HILL,
SEER PRO SE /s/ Tony L Hill, Federal Court'S
#317662; cited: District of Columbia. OATH / AFFIRM,
By over 5 year's Representation, over S.CT. RULE #5.6,
I.U.C.C.I, Swear So Help me GOD; /s/ Tony L Hill, PROSE #317662;
IN RE TROSPECT, II. U.S.C; 4th Amendment'S et. al,
In Attachment'S, page IV, e.g. Combined §2255;

PRO HAC VAC; SUPREME ARGUMENT'S; IRREFUTABLE, e.g. I.- XII, §1-§16; under Sovereign'S, e.g. IN "A, SOVEREIGNTY, STATE; under State of Florida'S; §1. Gov. Ron DeSantis; Free Holder Associate under Florida BAR/ BODY, e.g. Governor's Elected Cabinets; §500, under His; Female Governor; Head Attorney General Ashely moody; e.g. HEAD FEMALE EASTERN STAR, OF Tallahassee, Florida BAR, e.g. I. PL- THE CAPITOL; e.g. "(ONE OF WEALTH), The Governor'S; Treasury, under SEC., Ricky Dixon; F.D.O. CORRECTION'S; e.g. §500, Which IS; Why These's Fraud'S; under §13, cited Interest, Illegal BONDS, I.U.C.C.I; HOLD ME; "A NATIVE SOVEREIGN; Knowingly; e.g. "I, Review/RECAP; The Imposed, e.g. Lien on; §1. Gov; et. al, under RE CAP; INRE. Right'S; To. WRIT/MOTION; 14 BILLION DOLLAR'S; LIEN ON 42 DELAPIDATED PRISON'S; TO BE RE-ENFORCED; ASSESSING, VALUE; II. HILL, CORP/CORPUS; I.U.C.C.I; Impeaching All, Bond'S worth of NATIVE'S; cited By; FDOC; DNA Taken, e.g. SHARED With Agencie'S; STATE; AND FEDERAL under 27 CFR. 72.11 Freedom of Information Act'S; Article'S. I. XXV, e.g. under §1.-§25; See; State official'S/Administrator'S; under State BAR; citing. II. WRIT/MOTION RELEASE, §1. Gov. ET. AL; cited: Holding NATIVE SOVEREIGN; Illegally While Still Drawing Fund'S/Aid'S e.g. §13, under Federal WRIT'S; WARNING'S By; II. Notice'S; To. State/Federal middle District'S; citing; S. CT; ET. AL; Release/Appease, e.g. I.U.C.C.I; Rightfully; Relief'S; Sought I.-XII, IV, IN Appendix'S, e.g.

PRO HAC VAC; ON RIGHT'S; To. IMPEACH; I.U.C.C.I, e.g.
I. "Impeach §1. GOV. RON DESANTIS, et. al;
changing Hold Cabinet, Also. Chief Justice
: mark mahone; cited: Duval County Court's
House's;. For And IN STATE OF FLORIDA; ET. AL,
Defendant's, Indictable under §1. Federal, §13; cited
II. "Impeach! F.D.O. CORRECTION'S; Contract's; et.al
Imposing "A, BILLION DOLLAR'S WORTH,
of Fine's / penalties on Sub-Contractor's; I.U.C.C.I,
e.g. I.-VII; under: FAC, ch 33-CARE-CUSTODY, -
- SECURITY, AND CONTROL,. e.g. "(mentioned);
on Law Suite's / Grievance's motion's; et.al.
under Federal PRO SE/S/ [signature] Hill, cited
By: District of Columbia's court's; #317662.
Authorized By §1. Federal Judge's over, Five year's
Representation's, over: S.CT. RULE'S §1.; Standard's
III. For S.CT.; Rule. #5.6, PRO SE NATIVE; under: Three prong's
: on Applicable; GROUND'S; See, under U.S. Congress;
And Indian Congress; Act's. Agreed upon Treaties,
under: Indian's Sovereignty Right's; §1.-§16,
under U.S. Congress Act's; Article's, I-XX, citing
§1.-§16; under Fed. Rule's, #6; under S.CT. Rule. #5.6;
Ground's / objective's, To. RECOGNIZE SOVEREIGN
"A, NATIVE; HELD IN STATE'S, I.U.C.C.I: FDOC,
under Investor's; IN BOND'S, §1. GOV. RON DESANTIS,
ET. AL; "(IRREFUTABLE), e.g. Evidence under §2255,
combined with §2254, cited IN CASE, / CASE'S,
Throwing of §1. Judge's. "(Judgement's), on case's
citing: HILL, e.g. Case's citing: Defendant's
under: FLORIDA BAR, e.g. Head Attorney General
under, : F.A.M., of MASON'S, AND EASTERN STAR'S,
Florida. "(CHAPTER), e.g. Charter, ch33- (FAC),
Vamped / Designed passed By, §1. Judge's. Investor's; FDOC,
Continuing; e.g. VI., In Retrospect / Review

OATH/AFFIRMATION; ON POSSESSION NINE TENTH; under U.S.C; 1st - 14th Amendment's; citing §1 - §14, Showing Federal And State; possession under §241. Conspiracy Against Right's of Natives; sovereigns under II. Titles 18. e.g. : 18 U.S.C.A; §241 et. al, citing: 18 U.S.C.A, §242; Deprivation's of Right's on WRIT'S; under Color of Law's, Enforcable By; cited: Lien's of 14 BILLION DOLLAR'S; ON U.S.A, CORP; et. al, Applicable: §1. Gov. Ron DeSantis; State of Florida; et. al Defendant's, person's of Interest IN; I.U.C.C.I); e.g. "I; Set Forth And Serve Clerk ET. AL, under Fed. R. #6.; under: S.CT. Rule, #5.6; Certificate of Service order/Sanction To. Clerk Serve §2252; EFC/IP. In RetroSpect www Supreme court//.gov. citing [29.4], e.g. www Solicitor General//.gov. e.g. II. www U.S. congress // Indian congress/.gov. IP. Address; cited under 27 CFR 72.11 Act's, et. al "AS; I via Serve So Help me GOD; cited : Clerk Filer/processor Located: 300 North Hogan Street, Jax, FL. 32202; citing : Supreme Court Clerk, 1 First N.E, washington, DC. 33543. By U.S. postal serve By; Legal mail official Duly Executed By; Clerk Legally Executed 10/5/26.

Respectfully Duly Submitted

Legally Executed 10/5/26, Requesting: Clerk'S §2252, ET. AL cited: EFC/IP; By SEER PROSE /s/ Tony J Hill, Federal Court's #317662, cited: District of Columbia. Authorized Council over 5 year's under Fed. R. #6; Advancing: S.CT, Rule's #5.6; under: NATIVE SOVEREIGN OF INDEPENDENT BAR; e.g. BODY; : Bloodline; : CHEROKEE. I.U.C.C.I. CHIEF OF HILL, CORP/CORPUS, FIRM : SOVEREIGN'S FIRM; I. : INLEGAL; SANTION'S ROYAL CROWN,

e.g. II Continuing In RetroSpect Case's, page VII, Closing. see; Attachment's Notices Grievance's/WRIT'S, e.g.